UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ALEXANDER ALVAREZ,** | Case No. CV 12-3675-DMG(AJW) |
| Petitioner, | |
| v. | |
| **MCEWEN,** | JUDGMENT |
| Respondent. | |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date:   December 26, 2012

_____
Dolly M. Gee
United States District Judge